

# NUMBER 13-22-00089-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PAUL ANTHONY MAY,                                                                 Appellant,

v.

SHARON MAY,                                                                           Appellee.

## On appeal from the 24th District Court
## of DeWitt County, Texas.

## MEMORANDUM OPINION
### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

The cause is before the Court on its own motion. On April 4, 2022, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on April 1, 2022, and that the deputy district clerk, Esther Ruiz, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the

defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On March 22, 2022, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* R. 42.3(b),(c).

Appellant has failed to comply with a court order and a notice from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

LETICIA HINOJOSA
Justice

Delivered and filed on the
9th day of June, 2022.

2